# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**CIVIL ACTION NO. 03-cv-01763-REB-CBS**

**David F. Hurt,**
                Petitioner,

vs.

**No Named Respondent, et al.,**
                Respondent.

## ORDER RETURNING STATE COURT RECORD

On careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, December 31, 2008.

                                    BY THE COURT:

                                    s/ Robert E. Blackburn
                                    **Robert E. Blackburn**
                                    **United States District Judge**

# CERTIFICATE OF MAILING

      The undersigned hereby certifies that on the below date a copy of an order returning State Court Record signed by Judge,_____, was mail to the following:


**Date:**                                          **By:**_____
                                                                                        **Deputy Clerk**